IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NVIDIA CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>RAMBUS, INC.,<br><br>    Defendant                / | No. C-09-5326 MMC<br><br>**ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPIES OF CERTAIN DOCUMENTS** |

On February 17, 2010, the above-titled action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS the following parties to submit, no later than March 1, 2010, a chambers copy of each of the following documents:

    1. Plaintiff shall submit a chambers copy of its Complaint (Doc. 1), its First Amended Complaint (Doc. 7), its opposition to defendant's motion to dismiss (Doc. 17), its opposition to defendant's motion to transfer (Docs. 19-22), and its supplemental opposition to defendant's motion to transfer (Doc. 33).

    2. Defendant shall submit a chambers copy of its motion to dismiss (Docs. 11, 12), its motion to transfer (Docs. 13-16), its reply to plaintiff's opposition to its motion to dismiss (Doc. 24), its reply to plaintiff's opposition to the motion to transfer (Doc. 29, its reply to plaintiff's supplemental opposition to the motion to transfer (Doc. 34), and the order

granting defendant's motion to transfer, if a written order exists (Doc. 35).[1]

**IT IS SO ORDERED.**

Dated: February 22, 2010

MAXINE M. CHESNEY
United States District Judge

---

[1] The docket of the instant action appears to reflect that no written order transferring the action was filed.