IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NVIDIA CORPORATION, | No. C-09-5326 MMC |
| Plaintiff, | **ORDER DIRECTING DEFENDANT TO FILE NOTICE OF APPEARANCE BY MEMBER OF THE BAR OF THIS DISTRICT** |
| v. | |
| RAMBUS, INC., | |
| Defendant / | |

On November 10, 2009, the above-titled action was transferred to the Northern District of California, and, on February 17, 2010, the action was reassigned to the undersigned.

Having reviewed the matter, the Court notes that defendant is not represented by any counsel who is admitted to practice in this district, nor has any counsel who appeared on behalf of defendant in the transferor district applied for admission herein pro hac vice.[1]

Accordingly, defendant is hereby DIRECTED to file, no later than March 12, 2010, a notice of appearance by at least one member of the bar of this district. Because defendant is a corporation, and cannot appear herein except through counsel, defendant is hereby advised that failure to comply may result in entry of default against it.

---

[1] Any such application would require the applicant to designate as co-counsel a member of the bar of this district. See Civil L.R. 11-3(a)(3).

1  The Clerk of the Court is DIRECTED to mail the instant order to counsel who

2  appeared on behalf of defendant in the transferor court, specifically:

3  William K. Davis
   Bell, Davis & Pitt, P.A.
4  P.O. Box 21029
   Winston-Salem NC 27120-1029
5
   Alan M. Ruley
6  Bell, Davis & Pitt, P.A.
   P.O. Box 21029
7  Winston-Salem NC 27120-1029

8  Mike McKool, Jr.
   McKool Smith P.C.
9  300 Crescent Court, Suite 1500
   Dallas TX 75201
10
   Douglas Cawley
11 McKool Smith P.C.
   300 Crescent Court, Suite 1500
12 Dallas TX 75201

13 Scott L. Cole
   McKool Smith P.C.
14 300 W. 6th Street, Suite 1700
   Austin TX 78701
15
   Pierre J. Hubert
16 McKool Smith P.C.
   300 W. 6th Street, Suite 1700
17 Austin TX 78701

18 Craig N. Tolliver
   McKool Smith P.C.
19 300 W. 6th Street, Suite 1700
   Austin TX 78701
20

21 **IT IS SO ORDERED.**

22

23 Dated:  February 25, 2010

                                                    MAXINE M. CHESNEY
24                                                  United States District Judge

2