Crowell & Moring LLP
Karen J. Petrulakis (CSB No. 221549, kpetrulakis@crowell.com)
Jason M. Horst (CSB No. 245370, jhorst@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, CA 94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Defendant RAMBUS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NVIDIA CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RAMBUS INC.,<br><br>　　　　　　Defendant. | Case No. 3:09-CV-05326-MMC<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

Rambus Inc. and NVIDIA Corporation (collectively, the "Parties") hereby submit the following joint stipulation and proposed order:

The Parties agree that this case (the "09-5326 Case") is a duplicate of case number C-08-5500-SI, also styled *Nvidia Corp. v. Rambus Inc.* (the "08-5500 Case"), pending in this district before Judge Illston. The Parties understand that the duplication occurred because the December 2, 2008 letter from the U.S. District Court for the Middle District of North Carolina, which transferred the *Nvidia Corp. v. Rambus Inc.* case to the Northern District California, initiated two separate cases in the Northern District.

On December 8, 2008, the letter initiated the 08-5500 Case (*see* 08-5500 Case Doc. No. 1), which was consolidated with an earlier-filed related case, C-08-3343-SI, styled *Rambus Inc. v. Nvidia Corp.* ("08-3343 Case"). The Parties have appeared and conducted various proceedings before Judge Illston in the 08-3343 and 08-5500 cases. On November 10, 2009, the letter also initiated the duplicate 09-5326 Case (*see* 09-5326 Case Doc. No. 35).

In light of the foregoing, Rambus and NVIDIA hereby stipulate as follows:

1. The 09-5326 Case should be dismissed without prejudice;

2. By this stipulation, the Parties do not intend to affect in any way the 08-5500 Case or the 08-3343 Case pending before Judge Illston.

Dated: March 16, 2010

ORRICK, HERRINGTON & SUTCLIFFE LLP

_____ for David Goldstein
David M. Goldstein
Attorneys for Plaintiff NVIDIA Corporation

405 Howard Street
San Francisco, CA 94105
Telephone: (415) 773-4255
Facsimile: (415) 773-5759
Email: dgoldstein@orrick.com

| | | |
|---|---|---|
| 1 | Dated:   March 16, 2010 | CROWELL & MORING LLP |
| 2 | | |
| 3 | | _____ |
| | | Jason M. Horst |
| 4 | | Attorneys for Defendant Rambus Inc. |
| 5 | | 275 Battery Street, 23rd Floor |
| | | San Francisco, CA  94111 |
| 6 | | Telephone: 415.986.2800 |
| | | Facsimile: 415.986.2827 |
| 7 | | Email: jhorst@crowell.com |

9  PURSUANT TO STIPULATION, IT IS SO ORDERED:

10

11  Dated: March 17, 2010

_____
HONORABLE MAXINE M. CHESNEY
United States District Judge

27  OHS West:260859911.1
    15075-2017 DAG/DAG

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIPULATION OF DISMISSAL         -3-         CASE NO. 3:09-CV-05326-MMC